1  Marc Days, CA Bar #184098
   Days Law Firm
2  1107 R Street
   Fresno, California 93721
3  Telephone: (559) 708-4844

4  Attorney for Defendant,
   AURORA CUARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:       1:18-CR-00104-ADA-BAM |
|---|---|
|                      Plaintiff, | Related Case:   1:22-MC-00124-SAB |
|     v. | EMERGENCY APPLICATION FOR ORDER SHORTENING TIME: ORDER |
| AURORA CUARA | Judge:  Hon. Dale A. Drozd |
|                      Defendant. | |

     Defendant Aurora Cuara applies for an order shortening time for the setting of her motion for miscellaneous relief.  [Dkt. #53].  While the general criminal motions calendar filing deadlines are outlined in Local Rule 430.1, the defense believes the government's actions in this case warrant a shortening of the applicable time periods – namely, after setting a restitution plan for Ms. Cuara and thereby limiting the amount due and payable each month, the government filed an application for writ of continuing garnishment, and obtained the writ, an end-run around the Court's restitution order.

     Ms. Cuara is recently released from imprisonment, has no employment, is on home confinement, and has two young twin daughters (age 9) that she is raising.  Because of the writ, Ms. Cuara will have no source of income and will not be able to meet her financial obligations, running the risk of falling behind on her mortgage payments and not being able to pay for basic living necessities.  Urgent action is needed from the Court as soon as possible.

The defense requests any government response be due by 12:00 pm (noon) on September 19, 2022, and that this matter be heard on September 20, 2022, at 9:00 am.

Dated: September 15, 2022                                   Respectfully submitted,

/s/ Marc Days
MARC DAYS
Attorneys for Defendant
AURORA CUARA

**ORDER**

It is ORDERED that the government's response shall be due by September 22, 2022, and the hearing on the Motion for Miscellaneous Relief shall be heard on September 26, 2022, at 10:00 am before U.S. District Judge Ana de Alba.

IT IS SO ORDERED.

Dated:   September 17, 2022                    _____
UNITED STATES DISTRICT JUDGE