IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AURORA CUARA,<br><br>Debtor.<br><br>SANTA ROSA RANCHERIA TACHI YOKUT,<br><br>Garnishee. | Case No. 1:22-MC-00124-SAB<br><br>**FINAL ORDER OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 1:18-CR-00104-ADA-BAM |

Pursuant to paragraph 3 of the order approving "Stipulation Re: United States' Writ of Continuing Garnishment and Defendant's Motion for Miscellaneous Relief" approved by this Court on September 22, 2022, in criminal case 1:18-CR-00104-ADA-BAM [ECF No. 60],

IT IS HEREBY ORDERED THAT:

1. Effective with the *per capita* owed to Defendant Aurora Cuara to be disbursed on or around October 1, 2022, and every month following until Aurora Cuara's criminal monetary penalties are paid in full, Garnishee shall withhold 10% of the gross amount of Aurora Cuara's *per capita* distributions, to be sent to the Clerk of the Court and applied towards Aurora Cuara's outstanding

criminal monetary penalties.  The payment shall be made out to "Clerk of the Court," include the criminal case number ("Case No. 1:18-CR-00104-ADA-BAM"), and sent to the following address:

>Office of the Clerk
>501 I Street, Suite 4-200
>Sacramento, CA 95814

2. No litigation surcharge shall be approved.

3. The garnishment shall terminate when (1) the United States seeks to terminate the writ or (2) when the judgment amount is fully satisfied.

APPROVED AS TO FORM AND CONTENT BY:

Dated:  9/27/2022                    _____/s/_____
                                     MARC DAYS
                                     Attorney for Defendant Aurora Cuara

IT IS SO ORDERED.

   Dated:   September 29, 2022        _____
                                     UNITED STATES DISTRICT JUDGE

2